ESSIE COHN STARR, Appellant, v. DAVID HEIDEN, Respondent.— Order reversed on the law and the facts, and new trial granted, costs to abide the event. We think

---

* Amd. by Laws of 1926, chap. 478.— [REP.

that the newly-discovered evidence of the driver of the bus in question is important and material, and would have a tendency to change the result. We also think that plaintiff used due diligence before the trial to obtain this evidence. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.